UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

AMENDED JUDGMENT IN A CRIMINAL CASE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CASE NUMBER 2:01CR67-001 |
| | ) | U.S.M. No. 06718-027 |
| ADAM TYRALE WILLIAMS JR, Defendant | ) | |
| | ) | JEROME T. FLYNN, |
| | ) | ATTORNEY FOR DEFENDANT |

**THE DEFENDANT** was found guilty on count(s) 1, 2 and 3 of the Superseding Indictment September 18, 2001.

| Title, Section & Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|
| 21:846 & 18:2 CONSPIRACY TO DISTRIBUTE CRACK COCAINE & AIDING AND ABETTING | April 4, 2001 | 1 |
| 21:841(a)(1) & 18:2 KNOWINGLY AND INTENTIONALLY DISTRIBUTE CRACK COCAINE & AIDING AND ABETTING | April 4, 2001 | 2 and 3 |

Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Date of Original Judgment:** 6/17/2002

June 16, 2023
Date of Imposition of Judgment

/s/ James T. Moody
James T. Moody, Judge
United States District Court

**Reason for Amendment:**
Reduction of Sentence Pursuant to § 404 of First Step Act of 2018 and 18 U.S.C. § 3582(c)

June 16, 2023
Date Signed

Defendant: ADAM TYRALE WILLIAMS JR  
Case Number: 2:01CR67-001

Page 2 of 3

## IMPRISONMENT

Defendant's term of imprisonment on Count 3 is reduced to 240 months; however, defendant's term of imprisonment on Counts 1 and 2 remains 360 months. All terms of imprisonment shall run concurrently.

The defendant is in the custody of the United States Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By: _____  
DEPUTY UNITED STATES MARSHAL

Defendant: ADAM TYRALE WILLIAMS JR  
Case Number: 2:01CR67-001

Page 3 of 3

## SUPERVISED RELEASE

Defendant's term of supervised release is reduced to 4 years on Counts 1 and 2, and 3 years on Count 3, all to run concurrently.